STATE OF NEW JERSEY v. SERGIO LOPEZ.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD ANDRZEJEWSKI.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD RAHN.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL CATLOW.

February 13, 1986.

Petition for certification denied.   (See 206 *N.J.Super.* 186)